LEAVITT J. HUNT, as Executor, and MAZIE E. HUNT, as Executrix, of the Estate of JOSEPH HOWLAND HUNT, Deceased, and MAZIE E. HUNT, Individually, v. VELMA GLENN HODGES LANEHART and Others, Impleaded with HARTUNE MICHAELYAN. — Motion for leave to appeal to the Court of Appeals or for a reargument denied,

with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.